## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

SUSAN M. LORD; ANNIE GILLAN; GARY PETERS; DONNA MCKAY,

        Plaintiffs-Appellants,

v.

Family Dollar Stores, Inc.

        Defendant-Appellee,

Docket No. 14-1222

## JOINT STATUS REPORT

Pursuant to this Court's limited remand orders dated July 16, 2014, the parties hereby provide a status update as to the approval of the settlement agreements reached by the parties, including the agreement resolving this appeal.

On August 6, 2014, the parties submitted to U.S. District Court Judge Graham Mullen a Joint Motion for Approval of all of the agreements, with a Proposed Order of Approval. Immediately thereafter, the settlement agreements were submitted for Judge Mullen's individual review and approval. On August 19, 2014, Judge Mullen issued an Order approving each of the settlement agreements and releases. After that Order issued, on August 19, 2014, Appellants filed their Motion to Dismiss their Appeals pursuant to FRAP 42(b).

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/(per consent) Gregory O. Wiggins | /s/ John A. Ybarra |
| Gregory O. Wiggins | John A. Ybarra |
| WIGGINS, CHILDS, QUINN & PANTAZIS, LLC | LITTLER MENDELSON, P.C. |
| The Kress Building | 321 North Clark Street |
| 301 19th Street North | Chicago, IL 60654 |
| Birmingham, AL 35203 | (312) 372-5520 |
| (205) 314-0542 | Counsel for Defendant-Appellee |
| Counsel for Plaintiffs-Appellants | Family Dollar Stores, Inc. |

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2014, I caused copies of the Status Report to be served by the Court's Electronic Case Filing system upon:

Gregory O. Wiggins
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203

/s/ John A. Ybarra
Counsel for Appellee